**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Efrain CASSIO, Defendant–Appellant.**

No. 05–10371.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 14, 2005.

Susan B. Cowger, Sarah Ruth Saldana, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Efrain Cassio raises arguments that are foreclosed by *United States v. Lopez–Ortiz,* 313 F.3d 225, 229–31 (5th Cir.2002), which held that an immigration judge's failure to inform an alien of his eligibility for discretionary waiver of removal at his removal proceeding did not render the proceeding fundamentally unfair. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.